United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SCHABER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUMBER LIQUIDATORS HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01822-EDL<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to <u>Balero v. Lumber Liquidators, Inc.</u>, 15-cv-01005-JST.

**IT IS SO ORDERED.**

Dated: April 23, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge